THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CR-237-D-5

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | **ORDER AUTHORIZING** |
| V. ) | **PAYMENT OF EXPERT FEES** |
| ) | **IN EXCESS OF STATUTORY CAP** |
| MATTHEW LEE LEAK ) | |

THIS CAUSE, having come before the Court on the defendant's motion to permit payment of expect fees in excess of the statutory cap, and the Court having considered the same, it is hereby ordered that payment above the statutory cap is permitted in this case. Specifically, Steve Horne shall be paid $360.00 for his services and Dr. Katayoun Tabrizi shall be paid $2400.00 for her services.

Done and Ordered this the __18__ Day of September 2014.

_____
James C. Dever III
Chief United States District Judge