IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-cr-00237-D-5

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff | ) |
| v. | ) ORDER |
| MATTHEW LEE LEAK, | ) |
| Defendant | ) |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 404 be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed document to the United States Attorney and the Defendant's attorney.

SO ORDERED. This **26** day of June 2017.

JAMES C. DEVER III
Chief United States District Judge