IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CR-237-D

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) **ORDER** |
| MATTHEW LEE LEAK, | ) |
| Defendant. | ) |

The United States shall respond to defendant's pending motion [D.E. 559] not later than March 21, 2022.

SO ORDERED. This 28 day of February, 2022.

JAMES C. DEVER III
United States District Judge